U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV - 6 2007

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FLEXIBLE INNOVATIONS, LTD.,       §
                                  §
           Plaintiff,             §
                                  §
VS.                               §    NO. 4:07-CV-102-A
                                  §
HR US LLC,                        §
                                  §
           Defendant.             §

O R D E R

Now pending in the above-captioned action is the document
titled, "Joint Motion for Extension of Defendant's Deadline to
Oppose Plaintiff's Motion to Dismiss Counterclaims," wherein
defendant, HR US LLC, seeks a third extension of time during
which it may respond to the motion of plaintiff, Flexible
Innovations, Ltd., to dismiss defendant's counterclaims.  Having
reviewed the motion for extension, the court concludes that such
request should be denied.  Therefore,

The court ORDERS that the joint motion for extension of
defendant's deadline to oppose plaintiff's motion to dismiss
counterclaims be, and is hereby, denied.

SIGNED November 6, 2007.


_____
JOHN McBRYDE
United States District Judge