

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIV.

2008 JUN -9  PM 12: 39

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FLEXIBLE INNOVATIONS, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4-07CV-102-A |
| HR US LLC, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S APPENDIX IN SUPPORT OF
## PLAINTIFF'S MOTION FOR EXTENSION OF TIME
## TO REFILE MOTION FOR PARTIAL SUMMARY JUDGMENT,
## SUPPORTING BRIEF, AND SPIRAL BOUND APPENDIX
## WITH BRIEF IN SUPPORT

| Item | Description | Pages |
|---|---|---|
| A | Declaration of Thomas F. Harkins, Jr. | 3 |

Respectfully submitted,

By: _____
      RICHARD L. SCHWARTZ
      SBN 17869500

      THOMAS F. HARKINS, JR.
      SBN 09000990

**WHITAKER CHALK SWINDLE & SAWYER L.L.P.**
301 Commerce Street, Suite 3500
Fort Worth, TX 76102-4186
Phone: (817) 878-0500
Fax: (817) 878-0501

**ATTORNEYS FOR PLAINTIFF
FLEXIBLE INNOVATIONS, LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Appendix is being sent by first-class United States Mail, postage prepaid, to Counsel for Defendant, Michael A. Grow, Arent Fox LLP, 1050 Connecticut Avenue, NW, Washington, D.C. 20036-5339; and William C. Meier, Central Park Tower, 2350 Airport Freeway, Suite 660, Bedford, Texas 76022, on this 9th day of June, 2008.

_____
THOMAS F. HARKINS, JR.

F:\Stor\RLS\FLEXIBLE\HR US LLC\Pleadings\MotExtTimeAppx.doc



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FLEXIBLE INNOVATIONS, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4-07CV-102-A |
| HR US LLC, | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF THOMAS F. HARKINS, JR.

Declarant, Thomas F. Harkins, Jr., hereby declares as follows:

1.      I am co-counsel for Plaintiff in this cause, Flexible Innovations, Ltd.

2.      In that capacity, I prepared the Plaintiff's Appendix in Support of Plaintiff's Motion for Partial Summary Judgment and filed same.

3.      Although being familiar with Rule 56, Federal Rules of Civil Procedure, Local Rules 7.1, 7.2, 56.3, 56.5, and 56.6; and this Court's Requirements for evidentiary submissions, I neglected to recall the Requirement that Appendices be spiral bound if they exceeded fifty pages.  The Appendix otherwise complied with all other Rule and Requirement specifications.

4.      In no way did I act in bad faith or with any intentional disregard of any Rule or Requirement of this Court.

I declare that the forgoing is true and correct under penalty of perjury.

THOMAS F. HARKINS, JR.



Appx 3